UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -

KYLE WHITE,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER
OF FORFEITURE AS TO
SPECIFIC PROPERTY

25 Cr. 457 (CM)

WHEREAS, on or about October 7, 2025, KYLE WHITE (the "Defendant"), was charged in a two-count Information, 25 Cr. ____ (CM) (the "Information"), with advertisement of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(3)(B) and (b)(1) (Count One); and receipt and distribution of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(3)(B) and (b)(1) (Count Two);

WHEREAS, the Information included a forfeiture allegation as to Counts One and Two of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offense and any and all property, real or personal, used or intended to be used to commit or promote the commission of the offenses charged in Counts One and Two of the Information or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense alleged in Counts One and Two of the Information;

WHEREAS, on or about October 7, 2025, the Defendant pled guilty to Counts One and Two of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One and Two of

the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all right, title and interest of the defendant in the following specific property:

a. Any and all funds on deposit in account number 411011078777, held in the name of Kyle White at SoFi Bank, N.A.;

b. Any and all funds on deposit in account number 310016325690, held in the name of Kyle White at SoFi Bank, N.A;

c. Any and all funds on deposit in account number 4XQ-65316-18, held in the name of Kyle White at SoFi Bank, N.A;

d. All monies, funds and cryptocurrency held in BTC wallet address 3AEmSPZzgcrD2VbnaRLajov2U4UHKRnTxb;

e. All monies, funds and cryptocurrency held in BTC wallet address 39vaNvDdYi19QoQ4FDezS5ciG9MTNmcLk4;

f. All monies, funds and cryptocurrency held in BTC wallet address 3C7KKmoVFcuzVc815Mw25Vci3SU8askmFM;

g. All monies, funds and cryptocurrency held in BCH wallet address 1Fv5YyE7LVJZFZJU5qAGHNiQyTxLp1LYHo;

h. All monies, funds and cryptocurrency held in BCH wallet address 1GU7a55z9YBSJ3FDYn4En6WqTvH5WMAfhQ;

i. All monies, funds and cryptocurrency held in BCH wallet address 1GWg9JEQt9KRid9eyqWHMWJQfhKx5ykugj;

j. All monies, funds and cryptocurrency held in BCH wallet address 1Q9aAwxVqvQMtWcFpwRRP8Ys9iKiAM2hWB;

k. All monies, funds and cryptocurrency held in BCH wallet address 13GVmz1W8J7DiX1zjERvdbk39YcB7WEJrx;

l. All monies, funds and cryptocurrency held in BCH wallet address 1JkvzQRFsACYD9erBTygD5HcdQASjznFJv;

m. All monies, funds and cryptocurrency held in BCH wallet address 1CnipGk3aWLgJRhePwZJQZjbZsLzn7zkWr;

n.  All monies, funds and cryptocurrency held in LTC wallet address MHDmUTFsZfHqcgGwCzyYdb7cHZRjt29tQc;

o.  All monies, funds and cryptocurrency held in ETH wallet address 0xC1441443eCeb6521AD05BC7FBaF1F320a5366459;

p.  All monies, funds and cryptocurrency held in ETH wallet address 0x3218577F15Aa3B417Ae7250a3ECc4D399adCE05E;

q.  Any and all funds on deposit in account number 1283418441473639822, held in the name of Kyle White, associated with thehozone12@gmail.com at Paypal Holdings, Inc.;

r.  Any and all funds on deposit in account number 1905392430011730, held in the name of Kyle White, associated with kwhitzigzag12@gmail.com at Green Dot Bank;

s.  Any and all funds on deposit in account number 6076479185465291192, held in the name of Jake Pierce, associated with kwhitzigzag12@gmail.com at Paypal Holdings, Inc.;

t.  Any and all funds on deposit in account number 1465692846383388968, held in the name of Kyle White, associated with kwhituk12@gmail.com at Paypal Holdings, Inc.;

u.  Any and all funds on deposit in account number 2023976314948476378, held in the name of Kyle White, associated with kwhituk12@gmail.com at Paypal Holdings, Inc.;

v.  Any and all funds on deposit in account number 5217132530128225825, held in the name of John Smith, associated with pierceman23@gmail.com at Paypal Holdings, Inc.;

w.  Any and all funds on deposit in account number 5627745002921904823, held in the name of Kyle White, associated with kwhituk12@gmail.com at Paypal Holdings, Inc.;

x.  All monies and funds contained in or traceable to Paypal-Venmo account number 67075998, held in the name of TheHo Zone, associated with kwhitzigzag12@gmail.com;

y.  All monies and funds contained in or traceable to Paypal-Venmo account number 134285976, held in the name of TheHo Zone, associated with nsftiktok@gmail.com;

z.  All monies and funds contained in or traceable to Paypal-Venmo account number 136066864, held in the name of TheHo Zone, associated with kwhituk12+1@gmail.com;

aa. All monies and funds contained in or traceable to Paypal-Venmo account number 144196194, held in the name of Kyle White, associated with username: thz123;

bb. All monies and funds contained in or traceable to Paypal-Venmo account number 150726205, held in the name of Kyle White, associated with username: thzpay123;

cc. One (1) Black OnePlus 7Tpro. IMEI: 868119047256275. SN: C47169F3;

dd. One (1) Samsung smartwatch. Model: SM-R750A. IMEI: 355443060896696;

ee. One (1) Samsung tablet. SN: R52T40G2TQE;

ff. One (1) Notebook PC. Model: UX582L. SN: 12M-M9N0CV21608239C;

gg. One (1) ASUS laptop. Model: FX505G. SN: LANRCV008574428;

hh. One (1) HP laptop. SN: 5CD6432V4C;

ii. One (1) Silver iPhone. Model: A1549. IMEI: 358369066691913;

jj. One (1) Galaxy S8. Model: SM-G950U. IMEI: 355986082709594;

kk. One (1) Silver Acer laptop. Model: N20C5;

ll. One (1) SanDisk Ultra II 2GB seized from 6107 Top Hat Court Louisville, KY on or around January 18, 2024;

mm. One (1) SanDisk adapter with white and green Samsung microSD card seized from 6107 Top Hat Court Louisville, KY on or around January 18, 2024

nn. One (1) Black OnePlus Phone, IMEI 864737040504849; and

oo. One (1) Grey HP 8GB thumb drive seized from 6107 Top Hat Court Louisville, KY on or around January 18, 2024

(a. through oo., collectively the "Specific Property");

WHEREAS, the Defendant consents to the forfeiture of all his right, title and interest in the Specific Property, which constitutes (i) proceeds traceable to the offenses charged in Counts One and Two of the Information; and/or (ii) property used or intended to be used to commit or promote the offenses charged in Counts One and Two of the Information; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Matthew Podolsky, Acting United States Attorney, Assistant United States Attorney Chelsea L. Scism, of counsel, and the Defendant and his counsel, Zawadi Baharanyi, Esq., that:

1.   As a result of the offenses charged in Counts One and Two of the Information, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2.   Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant KYLE WHITE, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States Marshals Service (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

10. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____     10/7/25
CHELSEA L. SCISM                          DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-2105


KYLE WHITE

By: _____     10-7-25
KYLE WHITE                                DATE


By: _____     10/7/2025
ZAWADI BAHARANYI, ESQ.                    DATE
Attorney for Defendant
52 Duane Street, 10th Floor
New York, NY 10007

SO ORDERED:

_____           10/20/2025
HONORABLE COLLEEN MCMAHON                 DATE
UNITED STATES DISTRICT JUDGE